1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,                No. CR 09-149 MMC
12         Plaintiff,                       **ORDER DIRECTING DEFENDANT CHEN TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH LOCAL RULES OF THIS DISTRICT**
13    v.
14  MICHAEL CHEN,
15         Defendant.
                                        /
16

On October 31, 2012, defendant Michael Chen electronically filed a Supplemental Sentencing Memorandum, which filing is 151 pages in length (inclusive of exhibits). Defendant has violated the Local Rules of this District, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); Crim. L.R. 2-4 (providing "extra copy of any document filed in a criminal case shall be marked 'Chambers Copy,' and shall be provided to the Clerk's Office pursuant to Civil L.R. . . . 5-1(e)(7)).

Defendant is hereby ORDERED to comply with the Local Rules of this District by immediately submitting a chambers copy of the above-referenced document. Defendant is hereby advised that if he fails in the future to comply with the Local Rules requiring him to provide a chambers copy of electronically-filed documents, the Court may impose

//

sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: November 20, 2012

MAXINE M. CHESNEY
United States District Judge