MARK J. WARFEL  sbn 197874
LAW OFFICES OF MARK J. WARFEL
234 East Foothill Blvd.
Arcadia, CA 91006-2554
626-301-9327
(626) 609-0413 (fax)
markwarfel@verizon.net

Attorney for Michael Chen, Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:09-CR-00149-MMC-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| vs. | ) | |
| MICHAEL CHEN, | ) | [Hon. Maxine M. Chesney |
| Defendant. | ) | |

After consulting with Pre-Trial Services the parties stipulate, and the court orders, as follows:

Defendant Michael Chen shall be released from custody forthwith, with the following conditions in place:

1. The defendant shall reside at 247 Gerona Avenue, San Gabriel, CA 91775.

2. Defendant shall be supervised by pretrial services in the Central District of California with electronic monitoring with a schedule to be determined by pretrial services that may include home confinement if deemed necessary.

3. Defendant must obtain permission of his pretrial services officer for any travel in the Central District of California, or any other travel, by giving at least 24 hour advance notice of travel. Said travel may include attending classes in connection with his DUI conviction scheduled for December 1, 8, 15, and 29, 2012, travel to attend any court proceedings in connection with his DUI case and any additional make up classes missed due to his incarceration in connection with this case, any additional court appearances in the Central District of California, and meetings with his attorney and the expert witnesses, and any family events during the holidays.

4. The defendant shall report to his Pretrial Services officer as directed by that officer, with the understanding that Pretrial Services will not require in-person reporting that conflicts with the above schedule of classes and attorney meetings unless it is necessary. The prior order requiring daily telephonic reporting is superseded by this order, and all reporting shall henceforth be at the direction and discretion of the Pretrial Services officer.

5. At 9 am on Monday, December 3, 2012, the defendant shall report to the Pre-Trial Services Office for the Central District of California, located at 312 N. Spring Street, Room 754, Los Angeles, California 90012.

6. All prior orders not in conflict herewith shall remain in full force and effect.

**IT IS SO STIPULATED AND AGREED.**

_____
Cynthia Stier, U.S. Attorney

_____
Mark J. Warfel
Attorney for Defendant, MICHAEL CHEN

**IT IS SO ORDERED.**

Dated: November 30, 2012

_____
HON. MAXINE M. CHESNEY