Stanley L. Friedman    (CABN 120551)
445 S. Figueroa Street, 27th Floor
Los Angeles, California 90071-1631
Telephone No. (213) 629-1500
Facsimile No. (213) 489-6899

Attorneys for Defendant
Michael Chen

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-00149-MMC |
| Plaintiff, | ~~[Proposed]~~ **ORDER REGARDING MOTION FOR BAIL PENDING APPEAL AND SURRENDER DATE** |
| vs. | |
| MICHAEL CHEN, | |
| Defendants. | |

[Proposed] ORDER

The Court, having read and considered Defendant Michael Chen's Motion for Bail Pending Appeal, and all pleadings in support thereof and in opposition thereto, and having entertained oral argument on the motion, hereby grants the motion.

April 17, 2013

The Court further vacates its previous Order setting the date upon which Defendant Michael Chen was to surrender for service of sentence at the institution designated by the Bureau of Prisons.

IT IS SO ORDERED.

Dated: April 10, 2013.

*[signature: Maxine M. Chesney]*
The Honorable Maxine M. Chesney
Senior United States District Court Judge

Respectfully submitted by:

*/s/ Stanley L. Friedman*
Stanley L. Friedman
Attorney for Defendant
Michael Chen